UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:24-cv-00335

**Jeffrey Clay Sheridan,**
*Petitioner,*

v.

**United States of America,**
*Respondent.*

**O R D E R**

Petitioner moved to vacate or correct his sentence under 28 U.S.C. § 2255. Doc. 1. The case was referred to a magistrate judge. After the government answered, Doc. 6, the magistrate judge issued a report and recommendation. Doc. 8. The magistrate judge concluded that petitioner's motion should be dismissed with prejudice and that a certificate of appealability should be denied sua sponte. *Id.* at 9. No party filed objections.

When there have been no timely objections to a report, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. The case is dismissed with prejudice and a certificate of appealability is denied sua sponte. Any pending motion is denied as moot.

*So ordered by the court on October 24, 2025.*

J. CAMPBELL BARKER
United States District Judge

- 1 -